AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ERICKSTON A. BENNETT

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 7, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __SGT. TIMOTHY CORTRIGHT__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SGT. TIMOTHY CORTRIGHT**
**AUTO THEFT UNIT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                    City and State

_____       _____
Name & Title of Judicial Officer               Signature of Judicial Officer

## STATEMENT OF FACTS

      On November 7, 2007, sworn officers with the Metropolitan Police Department's Auto Theft Unit, were on routine patrol in the area of 17th and Bladensburg Road, N.E., Washington, D.C., when they observed the defendant, Errickston Bennett, operating a 2007 Chevrolet Monte Carlo. A NCIC check revealed that the car had been reported stolen. A short time later, officers found the car parked in the 1100 block of Queen Street, N.E., Washington, D.C. Officers then saw the defendant walk to the vehicle, open the passenger door, lean over into the rear seat for moment, and then get out of the vehicle and shut the door. Officers stopped and placed the defendant under arrest as he walked down the street. The car was towed the 5th District Police Station, where a preliminary search of the vehicle revealed a large clear plastic ziplock containing tannish rocks. A portion of the tannish rocks field tested positive for cocaine. Further search of the vehicle revealed a pill container containing 52 small plastic ziplocks,, 50 purple baggies, and 2 green baggies, each containing a tannish rock-like substance. A portion of which field tested positive for cocaine. The tannish rock-like substance appeared to be crack cocaine. Officers also recovered a loaded .45 caliber handgun from a backpack inside of the vehicle. Officers recovered a set of keys from the defendant that opened the vehicle. Officers later learned that the defendant had in fact rented the vehicle, but did not have permission to possess the vehicle on November 7, 2007. The amount of the suspected crack cocaine was in excess of 100 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used by others.

 

                        SGT. TIMOTHY CORTRIGHT
                        AUTO THEFT UNIT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF NOVEMBER, 2007.

                        U.S. MAGISTRATE JUDGE