UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Magistrate No. 07-554 |
| | : | |
| v. | : | |
| | : | |
| **ERRICKSTON A. BENNETT,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Angela Hart-Edwards at telephone number (202) 307-0031 and/or email address Angela.Hart-Edwards@usdoj.gov.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        Angela Hart-Edwards, #PA-61468
        Assistant United States Attorney
        555 4th Street, NW, Room 4241
        Washington, DC 20530
        (202) 307-0031